THE MANHATTAN, ALMA & BURLINGAME RAILWAY COMPANY v. WILLIAM BURGOYNE, *as Treasurer of Riley County.*

*Per Curiam:* The questions of law presented in this case are precisely like those decided in the case of the *M. & M. Rly. Co. v. Champlin, Treas.,* just decided. Therefore, for the reasons given in the opinion filed in that case, the judgment in this case will be reversed, and the cause remanded to the district court of Riley county for further proceedings.